ACCEPTED
05-14-00920-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
1/5/2015 10:49:58 PM
LISA MATZ
CLERK

# IN THE FIFTH DISTRICT
# COURT OF APPEALS
## GEORGE ALLEN COURTS BUILDING
## 600 COMMERCE STEET 2ND FLOOR
## DALLAS, TEXAS 75202

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
1/5/2015 10:49:58 PM
LISA MATZ
Clerk

---

**RODRICK SAMPLES**

**VS.**

**THE DALLAS COUNTY SPECIAL CIVIL SERVICE COMMISSION, THE DALLAS COUNTY CIVIL SERVICE COMMISSION, AND DALLAS COUNTY**

---

**TRIAL COURT NUMBER DC12-11245
IN THE 160TH DISTRICT COURT OF DALLAS COUNTY, TEXAS**

**FIFTH DISTRICT COURT OF APPEALS
NUMBER 05-14-00920-CV**

---

# APPELLANT'S MOTION FOR LEAVE TO EXTEND TIME TO FILE BRIEF

---

John Weddle
Wyde and Associates
10100 North Central Expressway,
Suite 590
Dallas, Texas 75231
214-521-9100
214-521-9130 (Facsimile)
weddleslaw@att.net
ATTORNEY FOR APPELLANT

**TO THE HONORABLE JUDGES OF THE 5ᵀᴴ COURT OF APPEALS**

Comes now Rodrick Samples, Appellant, and files this his Motion to Amend time to file Appellant's brief in the above styled and numbered cause of action pursuant to Texas Rules of Appellate Procedure, Rule 38.6(d) and for cause would show the Court as follows:

This case was originally heard in the 160ᵗʰ District Court of Dallas County, Texas in Rodrick Samples vs. the Dallas County Special Civil Service Commission, the Dallas County Civil Service Commission and Dallas County in Cause Number DC12-11245. The Court entered a final order dated April 14, 2014, at a time when neither Plaintiff nor counsel for Plaintiff were present.

Appellant's brief was originally due on October 15, 2014, but Appellant believes he has been granted two extensions of time to file his brief but it has become confusing due to numerous returned brief's due to failure to comply with the requirements for things like insuring the brief could be scanned, had proper book marks and complied with the border width and length, and other technical problems caused by using software that had worked in the past but apparently will no longer produce an acceptable brief. Appellant has attached as Exhibit "A" a copy of the Courts record of the various attempts to file the brief and the notices that something was not correct so the Court can see that the failure to file was not due to a lack of diligence but rather a lack of understanding of the new filing requirements.

The latest brief was filed on December 24, 2014, in response to a directive to make yet another correction by the 25ᵗʰ. Prior to that A correction was required to be filed by the 19ᵗʰ of December, a Friday, but due to a computer scanning problem was not filed until December 22, the following Monday. On January 2, 2015, Appellant understood that the Brief was finally

**APPELLANT'S MOTION FOR LEAVE TO EXTEND TIME TO FILE BRIEF    PAGE 1**

correctly done and filed, however it was not accompanied by a Motion to Extend the time to File and Appellant was given ten days to file the Motion. Due to complications from surgery Counsel has not been in a position to quickly respond to some of the requests, however believes the only deadline missed was the December 19th deadline.

On January 5, shortly after midnight, the Motion was filed and the Motion was rejected, again for failing to comply with the technical requirements of the e-filing system, despite using a draft that was accepted earlier. Once again, the Motion has been completely re-typed and using the newly purchased software is being sent late Monday night. Counsel expects to be at the hospital for most if not all of the next few days and therefore again is filing without being able to discuss the matter with opposing counsel (see Certificate of Conference below).

By going through the process of completely re-creating the document it is hoped that whatever the error is will be eliminated and this version will be acceptable.

Wherefore Premises Considered, Appellant requests that the Court grant his motion to Extend the time to file his brief until the file date of the Brief that is currently in the possession of the Clerk of the Court, assuming that it is filed in compliance with the Court's requirements and is acceptable for filing. This Motion is being filed as a result of the lack of technical ability on the part of counsel and is not made for purposes of delay, but rather so that justice may be done.

Respectfully submitted,

Wyde and Associates
10100 Noerh Central Expressway,
Suite 590
Dallas, Texas 75231
214-521-9100
214-521-9130 (facsimile)
weddleslaw@att.net

**APPELLANT'S MOTION FOR LEAVE TO EXTEND TIME TO FILE BRIEF    PAGE 2**

/s/ John Weddle
ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing brief was sent to the Attorney of record for Appellee by notice through the Court of Appeals e-mail system.

/s/ John Weddle

## CERTIFICATE OF CONFERENCE

This will certify that Counsel for Appellant did not receive the message that he had to file a Motion to Extend the time for filing his brief until after hours on Friday, January 2, 2015, after hours. Because of Complications from surgery, counsel may not be available during the week of January 5,2015, and therefor filed his motion early Monday moving before leaving for his medical appointment. Counsel was allowed to return home on Monday, but again after hours so was in no position to confer with opposing Counsel before the required re-filing of his Motion. It is assumed that opposing counsel's client will object to the Motion.

/s/ John Weddle

EXHIBIT "A"

# CASE:     05-14-00920-CV

| | |
|---|---|
| DATE FILED: | 07/16/2014 |
| CASE TYPE: | RESTRICTED APPEAL |
| STYLE: | RODRICK SAMPLES |
| V.: | THE DALLAS COUNTY SPECIAL CIVIL SERVICE COMMISSION, ET A. |
| ORIG PROC: | NO |
| TRANSFER FROM: | |
| TRANSFER IN: | |
| TRANSFER CASE: | |
| TRANSFER TO: | |
| TRANSFER OUT: | |
| PUB SERVICE: | |

## APPELLATE BRIEFS

| DATE | EVENT TYPE | DESCRIPTION | DOCUMENT |
|---|---|---|---|
| 12/24/2014 | AMENDED BRIEF RECEIVED | APPELLANT | APPELLANT'S AMENDED BRIEF [ PDF/1.26 MB ] <br> NOTICE [ PDF/96 KB ] |
| 11/20/2014 | BRIEF FILED - ORAL ARGUMENT REQUESTED | APPELLANT | APPELLANT BRIEF [ PDF/16.11 MB ] |
| 11/19/2014 | BRIEF RECEIVED - ORAL ARGUMENT REQUESTED | APPELLANT | |
| 11/18/2014 | BRIEF WAS NOT FILED | APPELLANT | NOTICE [ PDF/71 KB ] |

## CASE EVENTS

| DATE | EVENT TYPE | DESCRIPTION | DISPOSITION | DOCUMENT |
|---|---|---|---|---|
| 12/24/2014 | AMENDED BRIEF RECEIVED | APPELLANT | | APPELLANT'S AMENDED BRIEF [ PDF/1.26 MB ] <br> NOTICE [ PDF/96 KB ] |
| 12/22/2014 | CORRECTED BRIEF REQUESTED | APPELLANT | | NOTICE [ PDF/85 KB ] |
| 12/20/2014 | APPELLEES BRIEF DUE | | | |
| 12/19/2014 | AMENDED BRIEF DUE | APPELLANT | | |
| 12/15/2014 | MOTION FOR EXTENSION OF TIME TO FILE BRIEF DISPOSED | APPELLEE | MOTION OR WRIT GRANTED | NOTICE [ PDF/94 KB ] |

| DATE | EVENT TYPE | DESCRIPTION | DISPOSITION | DOCUMENT |
|------|-----------|-------------|-------------|----------|
| 12/12/2014 | NOTICE FILED | APPELLEE | | APPELLEE NOTICE OF APPEARANCE [ PDF/122 KB ] |
| 12/12/2014 | MOTION FOR EXTENSION OF TIME TO FILE BRIEF FILED | APPELLEE | | APPELLEE'S MOTION FOR EXTENSION ON BRIEF [ PDF/255 KB ] |
| 12/09/2014 | CORRECTED BRIEF REQUESTED | CIVIL | | NOTICE [ PDF/90 KB ] |
| 11/26/2014 | APPELLANTS BRIEF DUE | | | |
| 11/20/2014 | BRIEF FILED - ORAL ARGUMENT REQUESTED | APPELLANT | | APPELLANT BRIEF [ PDF/16.11 MB ] |
| 11/20/2014 | ORDER ENTERED | APPELLANT | MOTION OR WRIT GRANTED | ORDER GRANTING APPELLANT MOTION EXTEND TIME FILE BRIEF [ PDF/41 KB ] NOTICE [ PDF/85 KB ] |
| 11/19/2014 | BRIEF RECEIVED - ORAL ARGUMENT REQUESTED | APPELLANT | | |
| 11/19/2014 | CORRECTED BRIEF REQUESTED | APPELLANT | | NOTICE [ PDF/81 KB ] |
| 11/18/2014 | MOTION FOR EXTENSION OF TIME TO FILE BRIEF FILED | | | MT EXT BRIEF FLD [ PDF/123 KB ] |
| 11/18/2014 | BRIEF WAS NOT FILED | APPELLANT | | NOTICE [ PDF/71 KB ] |
| 11/14/2014 | CORRECTED BRIEF REQUESTED | APPELLANT | | NOTICE [ PDF/82 KB ] |
| 11/14/2014 | APPELLANTS BRIEF DUE | | | |
| 10/22/2014 | MOTION FOR EXTENSION OF TIME TO FILE BRIEF DISPOSED | APPELLANT | MOTION OR WRIT GRANTED | NOTICE [ PDF/92 KB ] |
| 10/21/2014 | MOTION FOR EXTENSION OF TIME TO FILE BRIEF FILED | APPELLANT | | MOTION EXTENSION APPELLANT BRIEF [ PDF/129 KB ] |
| 10/15/2014 | APPELLANTS BRIEF DUE | | | |
| 09/30/2014 | NOTICE FILED | APPELLEE | | APE NOTICE CHANGE OF ADDRESS [ PDF/181 KB ] |
| 09/30/2014 | CORRECTED DOCUMENT REQUESTED | APPELLEE | | NOTICE [ PDF/88 KB ] |
| 09/15/2014 | ELECTRONIC REPORTER/RECORDERS RECORD FILED | | | NOTICE [ PDF/92 KB ] |

| DATE | EVENT TYPE | DESCRIPTION | DISPOSITION | DOCUMENT |
|---|---|---|---|---|
| 08/27/2014 | ORDER ENTERED | APPELLANT | MOTION OR WRIT GRANTED | ORDER RESTRICTED APPEAL [ PDF/40 KB ] NOTICE [ PDF/85 KB ] |
| 08/18/2014 | RESPONSE FILED | APPELLEE | | APPELLEE RESPONSE TO MOTION [ PDF/2.14 MB ] |
| 08/15/2014 | CORRECTED DOCUMENT REQUESTED | APPELLEE | | NOTICE [ PDF/88 KB ] |
| 08/15/2014 | SUPPLEMENTAL CLERKS RECORD DUE | | | |
| 08/14/2014 | ELECTRONIC CLERKS RECORD FILED | | | NOTICE [ PDF/91 KB ] |
| 08/13/2014 | NO CLERKS RECORD FILED IN CIVIL CASE | CIVIL | | NOTICE [ PDF/97 KB ] |
| 08/13/2014 | NO REPORTERS RECORD FILED IN CIVIL CASE | CIVIL | | NOTICE [ PDF/97 KB ] |
| 08/12/2014 | RECORD DUE | | | |
| 08/06/2014 | MOTION TO AMEND FILED | APPELLANT | | APPELLANT MOTION AMEND/CHANGE APPEAL TO RESTRICTED [ PDF/148 KB ] |
| 07/31/2014 | ORDER ENTERED | APPELLANT | OTHERWISE DISPOSED | ORDER DENING APPELLANT MOTION REMAND CASE AS MOOT, DIRECTING SUPPLEMENTAL CLERK RECORD OF TRIAL COURT ORDER ON MOTION BE FILED [ PDF/42 KB ] NOTICE [ PDF/85 KB ] |
| 07/25/2014 | DOCKETING STATEMENT FILED | APPELLANT | | DOCKETING STATEMENT [ PDF/10.71 MB ] |
| 07/25/2014 | MOTION FOR EMERGENCY RELIEF FILED | APPELLANT | | APPELLANT MOTION REMAND FOR HEARING OR OTHER RELIEF [ PDF/33.14 MB ] |
| 07/25/2014 | CORRECTED DOCUMENT REQUESTED | APPELLANT | | NOTICE [ PDF/88 KB ] |
| 07/25/2014 | CORRECTED DOCUMENT REQUESTED | APPELLANT | | NOTICE [ PDF/88 KB ] |
| 07/16/2014 | DOCKETING STATEMENT DUE | CIVIL | | NOTICE [ PDF/92 KB ] |

| DATE | EVENT TYPE | DESCRIPTION | DISPOSITION | DOCUMENT |
|------|-----------|-------------|-------------|----------|
| 07/16/2014 | FEE REQUESTED | | | NOTICE<br>[ PDF/71 KB ] |
| 07/16/2014 | NOTICE OF APPEAL FILED IN COURT OF APPEALS | | | NOTICE OF APPEAL<br>[ PDF/2.70 MB ]<br>NOTICE<br>[ PDF/96 KB ] |
| 07/14/2014 | NOTICE OF APPEAL FILED IN TRIAL COURT | | | |
| 04/14/2014 | JUDGMENT SIGNED BY TRIAL COURT JUDGE | | | |

## CALENDARS

| SET DATE | CALENDAR TYPE | REASON SET |
|----------|---------------|------------|
| 01/12/2015 | STATUS | MOTION DUE |
| 01/19/2015 | STATUS | APPELLEE BRIEF DUE |
| 08/15/2014 | STATUS | CLERK RECORD DUE PER COURT ORDER |

## PARTIES

| PARTY | PARTYTYPE | REPRESENTATIVE |
|-------|-----------|----------------|
| SAMPLES, RODRICK | APPELLANT | JOHN WEDDLE |
| THE DALLAS COUNTY SPECIAL SERVICE COMMISSION, ET AL. | APPELLEE | BARBARA S. NICHOLAS<br>CAMILLE STEARNS MILLER<br>TAMMY JEAN ARDOLF |

## TRIAL COURT INFORMATION

COURT:      160TH JUDICIAL DISTRICT COURT

COUNTY:      DALLAS

COURT JUDGE:      HONORABLE JIM JORDAN

COURT CASE:      DC12-11245

COURT REPORTER:      SHARRON RANKIN

PUNISHMENT: